JS-6

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19

| | |
|---|---|
| AMMAD OMAR; NATIONAL PUBLIC RADIO, INC., | No. 2:21-cv-09928-PA-AS |
| Plaintiffs, | **DISMISSAL ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | |
| Defendants. | Honorable Percy Anderson United States District Judge |

20
21
22
23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed Stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  May 30, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE